**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6606**

———————

WILLIAM M. BRYSON, JR.,

                                    Plaintiff - Appellant,

        versus

MARK  C.  MOORE,  Assistant  United  States
Attorney; REGAN PENDLETON, Assistant United
States Attorney; MARTIN BROWN, Special Agent
for the FBI; ROBERT SCOTT, Special Agent of
the FBI; JANET BROWN, Internal Revenue Service
Agent,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-02-82-6-20AK)

———————

Submitted:  July 18, 2002          Decided:  July 24, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William M. Bryson, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Bryson v. Moore</u>, No. CA-02-82-6-20AK (D.S.C. filed Feb. 22, 2002; entered Feb. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>